IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02754-MSK-KLM

BETTIE WEATHERSPOON,

    Plaintiff,

v.

PROVINCETOWNE MASTER OWNERS ASSOCIATION, INC., a Colorado nonprofit corporation, and
MSI, LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Order Request of Documents** [Docket No. 23; Filed March 1, 2009] (the "Motion").

    As a preliminary matter, Plaintiff has failed to comply with D.C.Colo.L.Civ.R. 7.1A, which provides that "[t]he court will not consider any motion, other than a motion under Fed.R.Civ.P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter . . . ." The Court could deny the Motion on these grounds alone, and Plaintiff is advised that a failure to comply with Rule 7.1A in the future will result in summary denial of any motion. The Court also notes that Plaintiff's Motion appears to request that the Court assist Plaintiff in obtaining discovery of documents from Defendants, and that such discovery be filed with the Court. However, the proper means for Plaintiff to obtain these documents is via a request for production of documents pursuant to Fed. R. Civ. P. 34, and such discovery is not to be filed with the Court. *See* Fed. R. Civ. P. 5(d); D.C.Colo.LCivR. 5.5. Accordingly, IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Dated: March 2, 2009