IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02754-MSK-KLM

BETTIE WEATHERSPOON,

    Plaintiff,

v.

PROVINCETOWNE MASTER OWNERS ASSOCIATION, INC., a Colorado nonprofit corporation, and
MSI, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Deadline to Obtain Legal Counsel** [Docket No. 26; Filed March 6, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The Court will not establish a deadline beyond which Plaintiff is forbidden to have counsel enter an appearance on her behalf, as establishing such a firm deadline could create issues regarding fundamental fairness and due process. However, due to Plaintiff's apparent agreement that she has known about her claims for several years and had ample time to obtain counsel before now (Motion at p.2), if counsel enters an appearance for Plaintiff after April 15, 2009, Plaintiff will not be permitted to seek changes in the deadlines established by the Scheduling Order [Docket No. 20; Filed February 27, 2009] without a showing of *extraordinary circumstances* establishing good cause.

    Dated: March 9, 2009