IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02754-MSK-KLM

BETTIE WEATHERSPOON,

    Plaintiff,

v.

PROVINCETOWNE MASTER OWNERS ASSOCIATION, INC., a Colorado nonprofit corporation, and
MSI, LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    Defendants' **Unopposed Motion to Amend Scheduling Order** [Docket No. 29; Filed September 30, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduled Order is amended as follows: the Discovery Cut-Off date is extended to October 30, 2009; the Dispositive Motion deadline is extended to November 30, 2009.

Dated:  October 1, 2009