IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02754-MSK-KLM

BETTIE WEATHERSPOON,

    Plaintiff,

v.

PROVINCETOWNE MASTER OWNERS ASSOCIATION, INC., a Colorado nonprofit corporation, and
MSI, LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Amend Scheduling Order** [Docket No. 37; Filed November 30, 2009] (the "Motion").  Defendants seek to extend the dispositive motions deadline by 14 days.  In response to the Motion, Plaintiff, appearing *pro se*, has filed a document titled "Objections to Extension for Depositive (sic) Motion Deadline." [Docket No. 39; Filed December 1, 2009]. The document does not address the dispositive motion deadline.  Instead, Plaintiff objects to an extension of her deposition.  However, Defendants have not requested an extension of time relating to Plaintiff's deposition.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The dispositive motions deadline is extended to **December 14, 2009**.

Dated:  December 4, 2009